UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 12 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JASON ADAM JENSEN,

Plaintiff - Appellant,

v.

AUTISM SOCIETY OF SOUTHERN ARIZONA; et al.,

Defendants - Appellees.

No. 26-2608

D.C. No. 4:25-cv-00241-JGZ
District of Arizona,
Tucson

ORDER

JASON ADAM JENSEN,

Plaintiff - Appellant,

v.

CITIBANK, N.A.; et al.,

Defendants - Appellees.

No. 26-2610

D.C. No. 4:25-cv-00434-JGZ
District of Arizona,
Tucson

JASON ADAM JENSEN,

Plaintiff - Appellant,

v.

TIMOTHY HARRISON COURCHAINE, Assistant U.S. Attorney, in his official capacity as United States Attorney for the District of Arizona,

Defendant - Appellee.

No. 26-2622

D.C. No. 4:25-cv-00423-JGZ
District of Arizona,
Tucson

The motion (Docket Entry No. 9 in Nos. 26-2608, 26-2610, and 26-2622) to consolidate is granted. Nos. 26-2608, 26-2610, and 26-2622 are consolidated. Appellant must include all case numbers on future filings.

The motion (Docket Entry No. 10 in Nos. 26-2608, 26-2610 and 26-2622) for an extension of time to file the opening brief is granted.

The consolidated opening brief is due September 8, 2026. There is no appearance by appellees, so briefing will be complete when the consolidated opening brief is filed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT